IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **NETSOC, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **Case No. 3:18-cv-1809-N** |
| § | |
| § | **JURY TRIAL DEMANDED** |
| **MATCH GROUP, LLC,** § | |
| et al. § | |
| Defendants. § | |
| § | |
| § | |

**DEFENDANT MATCH GROUP, LLC'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(b)(6) AND BRIEF IN SUPPORT THEREOF**

Defendant Match Group, LLC ("Match") respectfully moves the Court to dismiss Plaintiff NetSoc, LLC's ("NetSoc") Second Amended Complaint (Dkt. No. 26) under Federal Rule of Civil Procedure 12(b)(6) because NetSoc fails to state a claim upon which relief can be granted.

The Court should dismiss NetSoc's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) because its allegations of indirect infringement and willful infringement against Match are deficient under applicable case law and U.S. Patent No. 9,978,107 ("the '107 Patent") fails to claim patent-eligible subject matter under 35 U.S.C. § 101.  NetSoc's allegations against Match remain unchanged between its First Amended Complaint (Dkt. No. 7) and its Second Amended Complaint (Dkt. No. 26).  Therefore, NetSoc's allegations have already been addressed in Match's Motion to Dismiss (Dkt. No. 11) and Match's Reply (Dkt. No. 18) and the issues have been fully briefed by Match and NetSoc.  As such, for the sake of brevity, Match incorporates by reference Match's Motion to Dismiss (Dkt. No. 11) and Match's Reply (Dkt. No. 18) and moves the Court to dismiss the Second Amended Complaint for the reasons set forth therein.

In view of the foregoing, the Court should dismiss NetSoc's Second Amended Complaint pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.  Should the Court prefer additional briefing on these issues, Match shall supplement its briefing, as deemed appropriate by the Court.

Date: January 4, 2019

Respectfully submitted,

By */s/ Robert Greeson*
    Robert Greeson

**NORTON ROSE FULBRIGHT US LLP**
Robert Greeson (Texas Bar No. 24045979)
**Lead Attorney**
robert.greeson@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 855-7430
Fax:(214) 855-8200

Erik Janitens (Texas Bar No. 24097878)
erik.janitens@nortonrosefulbright.com
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Tel: (713) 651-3629
Fax:(713) 651-5246

**Attorneys for Defendants Match Group, LLC, Humor Rainbow, Inc., and PlentyOfFish Media ULC.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 4, 2019, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Robert Greeson*
    Robert Greeson